**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Cesar Omar CASTRO–SANCHEZ,
Defendant–Appellant.**

**No. 06–51165
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 4, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cesar Omar Castro–Sanchez raises arguments that are foreclosed by *United States v. Esparza–Gonzalez,* 268 F.3d 272, 273–74 (5th Cir.2001), which held that the district court's failure to verify that the defendant and his counsel had read and discussed the presentence report did not require an automatic reversal. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

